| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____  Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/16**

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

   **Holland Services, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _4_ _6_ – _1_ _5_ _1_ _5_ _2_ _9_ _6_

4. **Debtor's address**

   **Principal place of business**

   **300 12th Street**
   Number     Street

   _____

   **Erick**            **OK**    **73645**
   City                 State    ZIP Code

   **Beckham**
   County

   **Mailing address, if different from principal place of business**

   **PO Box 830**
   Number     Street

   _____
   P.O. Box

   **Erick**            **OK**    **73645**
   City                 State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City                 State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☑ Other.  Specify:  **Limited Liability Company**

Debtor  **Holland Services, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
     District _____ When _____ Case number _____
                                      MM / DD / YYYY
     District _____ When _____ Case number _____
                                      MM / DD / YYYY

Debtor  **Holland Services, LLC** _____     Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list.

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ |
| | | | MM / DD / YYYY |
| Case number, if known | _____ | | |

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ |
| | | | MM / DD / YYYY |
| Case number, if known | _____ | | |

**11.** **Why is the case filed in _this district?_**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
Number      Street

_____

_____
City                               State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  __Holland Services, LLC_____    Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | | |
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | | |

| **Part X:** | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/22/2016__
              MM / DD / YYYY

**X** __/s/ Steven Todd Holland_____    __Steven Todd Holland_____
    Signature of authorized representative of debtor    Printed name

Title **Owner**_____

**18.  Signature of attorney**

**X** __/s/ O. Clifton Gooding_____    Date __04/22/2016__
    Signature of Attorney for Debtor        MM / DD / YYYY

    **O. Clifton Gooding**_____
    Printed name

    **The Gooding Law Firm, P.C.**_____
    Firm Name

    **650 City Place Building**_____
    Number       Street

    **204 N. Robinson Avenue**_____

    **Oklahoma City**_____    **OK**_____    **73102**_____
    City        State    ZIP Code

    Contact phone **(405) 948-1978**_____    Email address **cgooding@goodingfirm.com**_____

    **10315**_____    **OK**_____
    Bar number        State

**Fill in this information to identify the case**

Debtor name    **Holland Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐   No. Go to Part 2.
☑   Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.   **Cash on hand** _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Checking account with Great Plains National Bank Account number ending in 6377** | **Checking account** | 6  3  7  7 | $8,674.45 |

4.   **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $8,674.45 |
|---|

### Part 2:    Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑   No. Go to Part 3.
☐   Yes. Fill in the information below.

Debtor    **Holland Services, LLC**                                    Case number (if known) _____
         Name

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.** **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| | **$0.00** |
|---|---|

## Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

| 11a. | 90 days old or less: | **$0.00** | – | **$0.00** | = .............. → | **$0.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$2,521,602.79** | – | **$0.00** | = .............. → | **$2,521,602.79** |
| | | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | **$2,521,602.79** |
|---|---|

## Part 4: Investments

**13.** **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

**Valuation method used for current value**      **Current value of debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:         % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

**17.** **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| | **$0.00** |
|---|---|

## Part 5: Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor    **Holland Services, LLC**                                     Case number (if known) _____
                 Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Holland Services, LLC**_____ Case number (if known) _____
　　　　Name

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | | | **$0.00** |
|---|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **2014 Super Duty F-350 DRW** Vin Number 1FD8W3HT5EEA72724 300 12th Street Erick, OK 73645 | | **NADA** | **$33,925.00** |
| 47.2. **2014 Belly Dump Truck** Vin #5TU114028ES000164 300 12th Street Erick, OK 73645 | | | **$28,000.00** |
| 47.3. **2013 Volvo Motor Grader** Serial #8014 300 12th Street Erick, OK 73645 | | | **$210,000.00** |
| 47.4. **2012 Volvo Track Hoe/Excavator** Serial #210108 300 12th Street Erick, OK 73645 | | | **$105,000.00** |

Debtor   **Holland Services, LLC**                          Case number (if known) _____
         Name

| 47.5. | **2013 Chevrolet Silverado**<br>**Vin Number 1GC0KVCG2DZ159054**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$21,350.00** |
|---|---|---|---|---|
| 47.6. | **2015 Ford F-250**<br>**Vin Number 1FT7W2B60FEA81409**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$40,000.00** |
| 47.7. | **2015 Ford F-350**<br>**Vin number 1FT8W3DT7FEA02508**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$40,000.00** |
| 47.8. | **2014 Eagerbeaver Trailer**<br>**Vin Number 112SD2512EL078847**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$35,000.00** |
| 47.9. | **Case Track Loader**<br>**Serial #NDM463946**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$30,000.00** |
| 47.10. | **Allmand Heater**<br>**Serial #0011 MXH04**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$12,000.00** |
| 47.11. | **2015 Cargo Trailer**<br>**Vin #49TCB162XF1015618**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$15,000.00** |
| 47.12. | **2015 Cargo Trailer**<br>**Vin #49TCB1621F1014146**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$15,000.00** |
| 47.13. | **2013 Cargo Trailer**<br>**Vin #4D6EB1626DC034410**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$10,000.00** |
| 47.14. | **2013 Cargo Trailer**<br>**Vin #49TCB1626D1009313**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$10,000.00** |
| 47.15. | **2013 Ford F-250**<br>**Vin Number 1FT7W2BT9DEB56501**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$40,000.00** |
| 47.16. | **2015 Cargo Trailer**<br>**Vin #5NHUNS629FU109546**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$15,000.00** |
| 47.17. | **2015 Cargo Trailer**<br>**Vin #5NHUNS620FU109547**<br>**300 12th Street**<br>**Erick, OK 73645** | | | **$15,000.00** |

Debtor  **Holland Services, LLC**                                        Case number (if known) _____
_____
Name

47.18. **2015 Volvo Roller**
**Serial $245118**
**300 12th Street**
**Erick, OK 73645** _____ _____ $90,000.00

47.19. **1999 Dodge Pickup**
**Vin #3B6MF36W0XM559234**
**300 12th Street**
**Erick, OK 73645** _____ _____ $5,000.00

47.20. **2005 Ford F-350**
**Vin #1FTWX31P05EB16893**
**300 12th Street**
**Erick, OK 73645** _____ _____ $7,500.00

47.21. **2013 Chevy SK3**
**Vin #1GC3KZCG0DZ170932**
**300 12th Street**
**Erick, OK 73645** _____ _____ Unknown

47.22. **2013 Chevy SK3**
**Vin #1GB4KZC85DF185719**
**300 12th Street**
**Erick, OK 73645** _____ _____ Unknown

47.23. **2014 Chevy SK3**
**Vin #1GB4KZC8XEF172823**
**300 12th Street**
**Erick, OK 73645** _____ _____ Unknown

47.24. **2015 Ford F-250**
**Vin Number 1FT7W2860FEA02661**
**300 12th Street**
**Erick, OK 73645** _____ _____ $40,000.00

47.25. **2015 Ford F-250**
**Vin Number 1FT7W2BT7FEA10519**
**300 12th Street**
**Erick, OK 73645** _____ _____ $40,000.00

47.26. **2012 Ford F-250**
**Vin #1FT7W2BT9CEC18543**
**300 12th Street**
**Erick, OK 73645** _____ _____ $13,000.00

47.27. **2004 Enclosed Steamer WW Trailer**
**300 12th Street**
**Erick, OK 73645** _____ _____ $5,000.00

47.28. **CAT Dozer LGP**
**Serial #ADE-01445**
**300 12th Street**
**Erick, OK 73645** _____ _____ $94,615.00

47.29. **Roustabout Trailer**
**300 12th Street**
**Erick, OK 73645** _____ _____ $2,000.00

47.30. **2009 Chevy Silverado**
**300 12th Street**
**Erick, OK 73645** _____ _____ $7,050.00

47.31. **2012 Ford F-350**
**300 12th Street**
**Erick, OK 73645** _____ _____ $25,000.00

Debtor   **Holland Services, LLC**        Case number (if known) _____
<br>Name

| | | | |
|---|---|---|---|
| 47.32. | **2007 Dodge SQ2**<br>**300 12th Street**<br>**Erick, OK 73645** | | $12,550.00 |
| 47.33. | **2002 Landol Dump Trailer**<br>**300 12th Street**<br>**Erick, OK 73645** | | $27,000.00 |
| 47.34. | **2001 Peterbilt**<br>**300 12th Street**<br>**Erick, OK 73645** | | $29,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **Other Misc Equipment**
<br>    **300 12th Street**
<br>    **Erick, OK 73645**                   $116,454.00

51. **Total of Part 8.**
<br>Add lines 47 through 50.  Copy the total to line 87.      **$1,189,444.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
<br>  ☒ No
<br>  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
<br>  ☒ No
<br>  ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

  ☒ No.  Go to Part 10.
<br>  ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**
<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
<br>  ☒ No
<br>  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
<br>  ☒ No
<br>  ☐ Yes

Debtor    **Holland Services, LLC**                                    Case number (if known) _____
                    Name

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |
| 66.  **Total of Part 10.** Add lines 60 through 65.  Copy the total to line 89. | | | $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership | |
| 78.  **Total of Part 11.** Add lines 71 through 77.  Copy the total to line 90. | $0.00 |

Debtor **Holland Services, LLC**  Case number (if known) _____
          Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,674.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,521,602.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,189,444.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $3,719,721.24 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................... | $3,719,721.24 |

**Fill in this information to identify the case:**

Debtor name **Holland Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more
than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name
**Ally Bank**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred   **7/18/2014**

Last 4 digits of account
number    **u   n   t   s**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien
**2012 Ford F-250**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| $29,185.41 | $13,000.00 |
| --- | --- |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.

$1,030,238.49

Debtor  **Holland Services, LLC**                                    Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

<table>
<tr><td></td><td><em>Column A</em><br>Amount of claim<br>Do not deduct the value of collateral.</td><td><em>Column B</em><br>Value of collateral that supports this claim</td></tr>
</table>

**2.2** Creditor's name
**Ally Financial**

Creditor's mailing address
**P.O. Box 9001951**

_____

**Louisville         KY    40290-1951**

Creditor's email address, if known

_____

Date debt was incurred    **3/18/2013**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**2013 Chevrolet Silverado**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$27,985.43          $21,350.00

**2.3** Creditor's name
**Ally Financial**

Creditor's mailing address
**P.O. Box 9001951**

_____

**Louisville         KY    40290-1951**

Creditor's email address, if known

_____

Date debt was incurred    **7/14/2014**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**2015 Ford F-250**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$43,582.37          $40,000.00

Debtor **Holland Services, LLC**                                     Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.4**

**Creditor's name**
Ally Financial

**Creditor's mailing address**
P.O. Box 9001951

_____

Louisville          KY   40290-1951

**Creditor's email address, if known**

_____

**Date debt was incurred**   5/19/2014

**Last 4 digits of account
number**          ___  ___  ___  ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**
**2015 Ford F-350**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$37,053.04**     Column B: **$40,000.00**

---

**2.5**

**Creditor's name**
Ally Financial

**Creditor's mailing address**
P.O. Box 9001951

_____

Louisville          KY   40290-1951

**Creditor's email address, if known**

_____

**Date debt was incurred**   7/14/2014

**Last 4 digits of account
number**          _u_  _n_  _t_  _s_

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**
**2015 Ford F-250**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$30,311.24**     Column B: **$40,000.00**

---

Debtor   **Holland Services, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.6** Creditor's name
**Ally Financial**

Creditor's mailing address
**P.O. Box 9001951**

_____

**Louisville        KY   40290-1951**

Creditor's email address, if known

_____

Date debt was incurred   **5/23/2014**

Last 4 digits of account
number     __ __ __ __
           u    n    t    s

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien

**2015 Ford F-250**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$34,870.41**     **$40,000.00**

**2.7** Creditor's name
**CNH Capital**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number     __ __ __ __

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien

**Case Tack Loader**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$41,696.06**     **$30,000.00**

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A | Column B |
|--|----------|----------|
|  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |

---

**2.8**

Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**PO Box 542000**

_____

**Omaha          NE    68154-8000**

Creditor's email address, if known

_____

Date debt was incurred    **2/13/2014**

Last 4 digits of account
number          **5    4    0    5**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2014 Super Duty F-350 DRW**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$36,843.26**     Column B: **$33,925.00**

---

**2.9**

Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**PO Box 542000**

_____

**Omaha          NE    68154-8000**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          **2    2    4    5**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2015 Ford F-250**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **Unknown**     Column B: **$40,000.00**

---

Debtor  **Holland Services, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.10**  Creditor's name
**GE Capital** _____

Describe debtor's property that is subject to a lien

$42,582.87        $35,000.00

**2014 Eagerbeaver Trailer**

Creditor's mailing address
_____

Describe the lien
_____
**Purchase Money** _____

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

☒ Contingent
☒ Unliquidated
☒ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.11**  Creditor's name
**Great Plains National Bank** _____

Describe debtor's property that is subject to a lien

$238,679.06        $0.00

**320 Acres of Land-Not in Debtor's Name/Family Trus**

Creditor's mailing address
**2017 W 3rd St** _____

Describe the lien
_____
**Non-Purchase Money** _____

**Elk City         OK    73644**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number ___ u ___ n ___ t ___ s

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

☒ Contingent
☒ Unliquidated
☒ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**The 320 Acres of Land is in a Family Trust nor in Holland Services, LLC**

Debtor    **Holland Services, LLC**                                              Case number (if known) _____

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.12**  Creditor's name
**Red River Credit Union**

Describe debtor's property that is
subject to a lien

**Unknown**        **$0.00**

Creditor's mailing address
**2721 N Main Street**

**2012 Ford F-350 - Not titled in the
Debtors Name**

Describe the lien
**Purchase Money**

**Altus          OK   73521**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    **11/1/2012**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number         **u   n   t   s**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.13**  Creditor's name
**Stearns Bank Equipment Finance Divisi**

Describe debtor's property that is
subject to a lien

**$50,192.89**      **$20,000.00**

Creditor's mailing address
**PO Box 750**

**1999 Peterbilt 379-Not titled in
debtors name**

Describe the lien
**Purchase Money**

**Albany          MN   56307**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    **7/2/2013**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number         **8   0   0   1**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

| Debtor | Holland Services, LLC | Case number (if known) | |
|--------|----------------------|------------------------|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

---

**2.14** Creditor's name
**Synchrony Bank**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**2015 Cargo Trailer Vin #
5NHUNS629FU109546 300 12th**

Describe the lien
**Purchase Money**

| | **Unknown** | $15,000.00 |

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.15** Creditor's name
**Synchrony Bank**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**2015 Cargo Trailer Vin #
5NHUNS620FU109547 300 12th**

Describe the lien
**Purchase Money**

| | **Unknown** | $15,000.00 |

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number ___ u ___ n ___ t ___ s

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

---

Debtor **Holland Services, LLC** _____  Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.16**

Creditor's name
**TCF Equipment Finance**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred   **12/10/2014**

Last 4 digits of account
number        u    n    t    s

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2013 Chevy SK3**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Unknown**          **$0.00**

**2.17**

Creditor's name
**TCF Equipment Finance**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred   **12/10/2014**

Last 4 digits of account
number        u    n    t    s

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2013 Chevy SK3**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Unknown**          **$0.00**

Debtor **Holland Services, LLC**                          Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.18**

Creditor's name
**TCF Equipment Finance**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    **12/10/2014**

Last 4 digits of account
number          **u    n    t    s**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien

**2014 Chevy SK3**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **Unknown**    Value of collateral: **$0.00**

**2.19**

Creditor's name
**TD Auto Finance**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    **4/10/2014**

Last 4 digits of account
number          ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien

**2013 Ford F-250-Not titled in debtors
name**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$48,326.54**    Value of collateral: **$35,000.00**

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.20**

Creditor's name
**Volvo Financial Services**

Creditor's mailing address
**PO Box 91300**

_____

**Mobile          AL    36691-1300**

Creditor's email address, if known

_____

Date debt was incurred    **7/19/2013**

Last 4 digits of account number          **1    0    0    2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**2014 Belly Dump**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$31,009.48**    Column B: **$28,000.00**

---

**2.21**

Creditor's name
**Volvo Financial Services**

Creditor's mailing address
**PO Box 91300**

_____

**Mobile          AL    36691-1300**

Creditor's email address, if known

_____

Date debt was incurred    **11/08/2013**

Last 4 digits of account number          **1    0    0    3**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**2013 Volvo Motor Grader**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$217,391.17**    Column B: **$210,000.00**

Debtor   **Holland Services, LLC**                                      Case number (if known) _____

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.22**

**Creditor's name**
**Volvo Financial Services**

**Creditor's mailing address**
**PO Box 91300**

_____

**Mobile**          **AL    36691-1300**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **12/18/2014**

**Last 4 digits of account
number**          **1    0    0    4**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2012 Volvo Track Hoe/Excavator**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$120,529.26**          Column B: **$105,000.00**

---

**2.23**

**Creditor's name**
**Volvo Financial Services**

**Creditor's mailing address**
**PO Box 91300**

_____

**Mobile**          **AL    36691-1300**

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account
number**          **u    n    t    s**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2015 Volvo Roller Serial $245118 300
12th Street E**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **Unknown**          Column B: **$90,000.00**

**Fill in this information to identify the case:**

Debtor     **Holland Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No.  Go to Part 2.

    ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,306.00** |

**7-H Augus**

**714 W Oklahoma Street**

**PO Box 207**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Wheller**                    **TX**    **79096**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **5/30/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    u   n   t   s

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.00** |

**A-1 Rig Water**

**10501 N HWY 30**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Sweetwater**                    **OK**    **73666**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **10/12/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    u   n   t   s

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$435.34** |

**AEP**

**PO Box 24401**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Canton**                    **OH**    **44701-4401**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **6/21/2013**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    u   n   t   s

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35,838.41** |

**Ally Financial**

**P.O. Box 9001951**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Louisville**                    **KY**    **40290-1951**

Basis for the claim:
**Deficiency Balance**

Date or dates debt was incurred    **7/11/2014**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **7   9   4   9**

**Deficiency Balance 2012 Ford F-250**

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.28 |

**Ally Financial**

**P.O. Box 9001951**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Louisville**            **KY**    **40290-1951**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    u   n   t   s
☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,411.55 |

**ASCO Rentals**

**PO Box 31210**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amarillo**            **TX**    **79120**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **1/20/2015**

Is the claim subject to offset?

Last 4 digits of account number    u   n   t   s
☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.66 |

**Barber-Dyson Ford**

**PO Box 743**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Elk City**            **OK**    **73648**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **1/28/2016**

Is the claim subject to offset?

Last 4 digits of account number    u   n   t   s
☑ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.44 |

**Beckham County RDW #2**

**PO Box 973**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Erick**            **OK**    **73645**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **2/1/2016**

Is the claim subject to offset?

Last 4 digits of account number    u   n   t   s
☑ No
☐ Yes

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.99 |

**Black Gold Consultants**

**3306 S HWY 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Elk City**              **OK    73644**        **Trade Debt**

Date or dates debt was incurred    **2/4/2016**          Is the claim subject to offset?
☑ No
Last 4 digits of account number    u  n  t  s        ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $37.50 |

**Blevins Water Service**

**PO Box 36**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Sweetwater**            **OK    73666**        **Trade Debt**

Date or dates debt was incurred    **1/17/2016**         Is the claim subject to offset?
☑ No
Last 4 digits of account number    u  n  t  s        ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $109.77 |

**Cannon Financial Services Inc**

**14904 Collection Center Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Chicago**               **IL    60693-0149**    **Trade Debt**

Date or dates debt was incurred    **2/1/2016**          Is the claim subject to offset?
☑ No
Last 4 digits of account number    u  n  t  s        ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | | $6,139.45 |

**Cat Commercial Accounts**

**PO Box 905229**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Charolette**            **NC    28290-5229**    **Trade Debt**

Date or dates debt was incurred    **2/18/2016**         Is the claim subject to offset?
☑ No
Last 4 digits of account number    u  n  t  s        ☐ Yes

Debtor   **Holland Services, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$216,958.27** |
| | | Check all that apply. | |

**Caterpillar Financial Services**

**c/o Jerome Sepkowitz**

☑ Contingent
☑ Unliquidated
☑ Disputed

**4800 North Lincoln Blvd**

Basis for the claim:
**Deficiency Balance**

**Oklahoma City**        **OK**    **73105**

Date or dates debt was incurred                Is the claim subject to offset?

Last 4 digits of account number    **J   1   6   8**       ☑ No
                                                      ☐ Yes

**Deficiency Balance Caterpillar D6T Track Tractor and Used Caterpillar D6R Track Tactor**

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
| | | Check all that apply. | |

**Chase Automotive Finance**

**P.O. Bo 15700**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Deficiency Balance**

**Wilmington**        **DE**    **19886**

Date or dates debt was incurred                Is the claim subject to offset?

Last 4 digits of account number    **0   3   0   9**       ☑ No
                                                      ☐ Yes

**Deficiency Balance 2014 GMC Pickup**

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,470.64** |
| | | Check all that apply. | |

**Chase Banks**

**PO Box 901038**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

**FT. Worth**        **TX**    **76101**

Date or dates debt was incurred    **1/31/2016**       Is the claim subject to offset?

Last 4 digits of account number    **u   n   t   s**       ☑ No
                                                      ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$74,483.88** |
| | | Check all that apply. | |

**Cole Equipment**

**401 S Ash Street**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

**Ada**        **OK**    **74820**

Date or dates debt was incurred    **2/18/2016**       Is the claim subject to offset?

Last 4 digits of account number    **u   n   t   s**       ☑ No
                                                      ☐ Yes

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |
|------|------|------|------|

**Dan Jacobsma**                                         *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred    **9/5/2014**       Is the claim subject to offset?

Last 4 digits of account number    <u>u</u>   <u>n</u>   <u>t</u>   <u>s</u>     ☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,762.95 |
|------|------|------|------|

**Darr Equipment**                                       *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred    **2/17/2016**      Is the claim subject to offset?

Last 4 digits of account number    <u>u</u>   <u>n</u>   <u>t</u>   <u>s</u>     ☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,020.00 |
|------|------|------|------|

**Delta Plastics**                                       *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred    **2/1/2016**       Is the claim subject to offset?

Last 4 digits of account number    <u>u</u>   <u>n</u>   <u>t</u>   <u>s</u>     ☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.84 |
|------|------|------|------|

**Dobson Telephone Company**                             *Check all that apply.*
**PO Box 268940**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Oklahoma City              OK    73126-8940**     **Trade Debt**

Date or dates debt was incurred    **2/1/2016**       Is the claim subject to offset?

Last 4 digits of account number    <u>u</u>   <u>n</u>   <u>t</u>   <u>s</u>     ☑ No
☐ Yes

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $362.52 |
|---|---|---|---|

**Dolese**

PO Box 960144

Oklahoma City, OK

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    1/31/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    u   n   t   s

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $149.34 |
|---|---|---|---|

**Equipment World**

18811 E Admiral Place

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Catoosa                    OK    74015-2857

Date or dates debt was incurred    1/20/2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    u   n   t   s

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $118.80 |
|---|---|---|---|

**Erick Flower Shop**

PO Box 465

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Erick                    OK    73645

Date or dates debt was incurred    2/17/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __   __   __   __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $31,746.20 |
|---|---|---|---|

**Galmor's/G&G Steam**

PO Box 2199

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Elk City                    OK    73648

Date or dates debt was incurred    9/2014

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    u   n   t   s

| Debtor | Holland Services, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.84 |
|---|---|---|---|

H&H Tire

714 W Oklahoma Ave

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| Wheeler | TX | 79096 |
|---|---|---|

Basis for the claim:
Trade Debt

Date or dates debt was incurred    1/10/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    u  n  t  s

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.45 |
|---|---|---|---|

Hyrdotex

8621JN 2150 RD

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| Butler | OK | 73625-5037 |
|---|---|---|

Basis for the claim:
Trade Debt

Date or dates debt was incurred    1/25/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7  0  2  0

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,585.91 |
|---|---|---|---|

Indian Ink Leasing

PO Box 9254

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| Amarillo | TX | 79105 |
|---|---|---|

Basis for the claim:
Deficiency Balance

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Deficiency Balance 2001 Peterbilt

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,663.17 |
|---|---|---|---|

Indian Ink Leasing

PO Box 9254

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| Amarillo | TX | 79105 |
|---|---|---|

Basis for the claim:
Deficiency Balance

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Deficiency Balance 2001 Caterpillar 4300 Loader

Debtor __Holland Services, LLC__      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.29**   Nonpriority creditor's name and mailing address

__Indian Ink Leasing__

__PO Box 9254__

__Amarillo__     __TX__    __79105__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Deficiency Balance 2009 Parker 20' Trailer

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
__Deficiency Balance__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,228.93

---

**3.30**   Nonpriority creditor's name and mailing address

__Indian Ink Leasing__

__PO Box 9254__

__Amarillo__     __TX__    __79105__

Date or dates debt was incurred _____

Last 4 digits of account number __u__ __n__ __t__ __s__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
__Trade Debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,703.94

---

**3.31**   Nonpriority creditor's name and mailing address

__Jules & Associates Inc__

__515 S. Figueroa Street, Suite 1900__

__Los Angeles__     __CA__    __90071__

Date or dates debt was incurred _____

Last 4 digits of account number __5__ __6__ __3__ __2__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
__Trade Debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,073.86

---

**3.32**   Nonpriority creditor's name and mailing address

__Komatsu Financial__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Deficiency Balance JD 310KEP Backhoe

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
__Deficiency Balance__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$80,699.65

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor __Holland Services, LLC__                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

__Komatsu Financial__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$91,683.94**

Basis for the claim:
__Deficiency Balance__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

__Deficiency Balance Hamm 3410 Roller__

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

__Lee Office Machines__

__213 E Broadway Street__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$521.37**

__Altus__                    __OK__    __73521__

Basis for the claim:
__Trade Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __5__ __6__ __4__ __5__

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

__Lonestar West Enterprises__

__401 E 3Rd St Ste C__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$3,600.00**

__Elk City__                __OK__    __73644-4749__

Basis for the claim:
__Trade Debt__

Date or dates debt was incurred   __1/2016__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __u__ __n__ __t__ __s__

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

__Mack Financial Services__

__PO Box 7247-0236__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$72,668.47**

__Philadelphia__              __PA__    __19170-0236__

Basis for the claim:
__Trade Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __u__ __n__ __t__ __s__

Debtor    __Holland Services, LLC_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,375.27 |
| --- | --- | --- | --- |

__Miracle Productions__

__PO Box 850680__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Yukon                    OK      73085-0680__

Basis for the claim:
__Trade Debt__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    _u_  _n_  _t_  _s_

☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $556.19 |
| --- | --- | --- | --- |

__OCT Equipment__

__7100 SW 3rd St__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Oklahoma City              OK      73128__

Basis for the claim:
__Trade Debt__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    _u_  _n_  _t_  _s_

☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $27.04 |
| --- | --- | --- | --- |

__Outlaw Oilfield Supply__

__PO Box 564__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Erick                      OK      73645__

Basis for the claim:
__Trade Debt__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    _u_  _n_  _t_  _s_

☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,031.76 |
| --- | --- | --- | --- |

__RNB Oil & Supply__

__15411 S CR 209__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Blair                      OK      73526__

Basis for the claim:
__Trade Debt__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    _u_  _n_  _t_  _s_

☑ No
☐ Yes

Debtor  **Holland Services, LLC**                                         Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41**  Nonpriority creditor's name and mailing address

**Sayre Welding Supply**

**202 N 4th St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$2,015.17

**Sayre**                    **OK**    **73662**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number    u    n    t    s

Is the claim subject to offset?
☑ No
☐ Yes

**3.42**  Nonpriority creditor's name and mailing address

**Stearns Bank Equipment Finance Division**

**PO Box 750**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$9,067.13

**Albany**                    **MN**    **56307**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number    u    n    t    s

Is the claim subject to offset?
☑ No
☐ Yes

**3.43**  Nonpriority creditor's name and mailing address

**Trout Disposal**

**PO Box 292**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$3,385.50

**Hammon**                    **OK**    **73650**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number    u    n    t    s

Is the claim subject to offset?
☑ No
☐ Yes

**3.44**  Nonpriority creditor's name and mailing address

**Troy Jones**

**1203 S. Main**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$48,855.00

**Elk City**                    **OK**    **73644**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number    u    n    t    s

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Holland Services, LLC** | Case number (if known) | |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.45** Nonpriority creditor's name and mailing address

**Volvo Financial Services**

**PO Box 7247-0236**

**Philadelphia**        **PA**    **19170-0236**

Date or dates debt was incurred        **6/25/2013**

Last 4 digits of account number    __u__  __n__  __t__  __s__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,996.45**

**3.46** Nonpriority creditor's name and mailing address

**Warren Cat**

Date or dates debt was incurred        **1/5/2015**

Last 4 digits of account number    __u__  __n__  __t__  __s__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,383.97**

**3.47** Nonpriority creditor's name and mailing address

**Weldon Parts**

**1100 S Main**

**Elk City**        **OK**    **73644**

Date or dates debt was incurred

Last 4 digits of account number    __u__  __n__  __t__  __s__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$879.82**

**3.48** Nonpriority creditor's name and mailing address

**Western Oklahoma Brine**

**12239 N 1680 RD**

**Erick**        **OK**    **73645**

Date or dates debt was incurred

Last 4 digits of account number    __u__  __n__  __t__  __s__

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

Debtor      **Holland Services, LLC**                                    Case number (if known) _____

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **IRS**

      **PO Box 7346**

      **Philadelphia            PA       19101-7346**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.2   **Oklahoma Tax Commission**

      **Legal Division**

      **120 North Robinson, Ste. 2000**

      **Oklahoma City            OK       73102-7471**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **Holland Services, LLC**                                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$875,962.66** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$875,962.66** |

**Fill in this information to identify the case:**

Debtor name __**Holland Services, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF OKLAHOMA**__

Case number
(if known) _____    Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | **Lease number TC140808-1 on a Cat 615C Scaper**<br>**Contract to be ASSUMED** | **Team Funding** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | **Lease number TC140808-1 on a 2009 Chevy Pickup Vin # 1GCHK44K39F167222**<br>**Contract to be ASSUMED** | **Team Funding** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name    **Holland Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name   **Holland Services, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................  **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B......................................................  **$3,719,721.24**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B........................................................  **$3,719,721.24**

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................  **$1,030,238.49**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F....................................................  **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................  **+ $875,962.66**

**4.** **Total liabilities**
Lines 2 + 3a + 3b.................................................................................  **$1,906,201.15**

**Fill in this information to identify the case and this filing:**

Debtor Name     **Holland Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/22/2016**          X **/s/ Steven Todd Holland**
       MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                    **Steven Todd Holland**
                                    Printed name
                                    **Owner**
                                    Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Holland Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

   ☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue** Check all that apply. | **Gross revenue** (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2016** to | Filing date | | ☑ Operating a business<br>☐ Other _____ | **$547,600.00** |
| **For prior year:** | From **01/01/2015** to | **12/31/2015** | | ☑ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From **01/01/2014** to | **12/31/2014** | | ☑ Operating a business<br>☐ Other _____ | **$3,423,254.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be
adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

---

Debtor  **Holland Services, LLC**_____ Case number (if known) _____
_____Name_____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
$6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of
adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor
and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and
any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a
creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in
line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Caterpillar Financial Services Corp** | **Caterpillar D6T Track Tractor and** | **3/29/2016** | |
| | Creditor's Name | **Used Caterpillar D6R Track Tactor** | | |
| | **c/o jerome Sepkowitz** | | | |
| | Number     Street | | | |
| | **4800 North Lincoln Blvd** | | | |
| | | | | |
| | **Oklahoma City**          **OK**     **73105** | | | |
| | City                              State     ZIP Code | | | |

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.2. | **Chase Auto** | **2014 GMC Pickup** | **3/28/2016** | |
| | Creditor's Name | | | |
| | **P.O. Bo 15700** | | | |
| | Number     Street | | | |
| | | | | |
| | | | | |
| | **Wilmington**          **DE**     **19886** | | | |
| | City                              State     ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because
the debtor owed a debt.

☑ None

**Part 3:     Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Caterpillar Financial Services Corp vs Holland Services LLC** | **Civil** | **In the District Court of Beckham Coun** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Number    Street | |
| | | | | ☐ Concluded |
| | **Case number** | | | |
| | **CJ-16-8** | | | |
| | | | City                State   ZIP Code | |

Debtor    **Holland Services, LLC**                                    Case number (if known)  _____
                  Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

---

**Part 5:    Certain Losses**

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

**Part 6:    Certain Payments or Transfers**

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12.   Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.   Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

**Part 7:    Previous Locations**

**14.   Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

Debtor **Holland Services, LLC**                                       Case number (if known) _____
        Name

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ◾ diagnosing or treating injury, deformity, or disease, or

- ◾ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained    _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor     **Holland Services, LLC**                                      Case number (if known) _____
       Name

## Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own

21.  **Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:     Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:     Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

26.  **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Hunter & Gibbins PC** <br>       Name <br> **102 N Jefferson Ave** <br>       Street | From    **8/2015**    To    **present** |

| **Elk City** | **OK** | **73644** |
|---|---|---|
| City | State | ZIP Code |

Debtor   **Holland Services, LLC**                       Case number (if known) _____
_____
Name

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26a.2. | **Crook Tax & Account Services** | From **12/14/2012** To **3/01/2015** |
| | Name | |
| | **713 Rt 66** | |
| | Street | |
| | | |
| | **Sayre**       **OK**    **73662** | |
| | City     State   ZIP Code | |
| | **Name and address** | **Dates of service** |
| 26a.3. | **Susan Justice** | From **2015** To **8/2015** |
| | Name | |
| | Street | |
| | | |
| | City     State   ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No.
    ☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor  **Holland Services, LLC**_____  Case number (if known) _____
           Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/22/2016**_____
                   MM / DD / YYYY

**X  /s/ Steven Todd Holland**_____      Printed name  **Steven Todd Holland**_____
       Signature of individual signing on behalf of the debtor

       Position or relationship to debtor  **Owner**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re  **Holland Services, LLC**                                       Case No.  _____

                                                                       Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................    _____ **$0.00**

   Prior to the filing of this statement I have received.......................................................    _____ **$0.00**

   Balance Due.................................................................................................    _____ **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. [Other provisions as needed]

**\*\*ALL LEGAL REPRESENTATION IN THE CHAPTER 11 PROCEEDINGS WITH ATTORNEY FEES CHARGED AT $350.00 PER HOUR PLUS OUT OF POCKET COSTS, WITH COURT APPROVAL.  A RETAINER OF $8,000.00 HAS BEEN PAID.**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __04/22/2016__ | __/s/ O. Clifton Gooding__ |
| Date | *O. Clifton Gooding*          Bar No.  10315 |
| | The Gooding Law Firm, P.C. |
| | 650 City Place Building |
| | 204 N. Robinson Avenue |
| | Oklahoma City, Oklahoma 73102 |
| | Phone: (405) 948-1978 / Fax: (405) 948-0864 |

---

__/s/ Steven Todd Holland__

*Steven Todd Holland*
*Owner*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Holland Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Great Plains National Bank 2017 W 3rd St Elk City, OK 73644 | | Non-Purchase Money | Contingent Unliquidated Disputed | $238,679.06 | $0.00 | $238,679.06 |
| 2 | Caterpillar Financial Services c/o Jerome Sepkowitz 4800 North Lincoln Blvd Oklahoma City, OK 73105 | | Deficiency Balance | Contingent Unliquidated Disputed | | | $216,958.27 |
| 3 | Komatsu Financial | | Deficiency Balance | Contingent Unliquidated Disputed | | | $91,683.94 |
| 4 | Komatsu Financial | | Deficiency Balance | Contingent Unliquidated Disputed | | | $80,699.65 |
| 5 | Cole Equipment 401 S Ash Street Ada, OK 74820 | | Trade Debt | Contingent Unliquidated Disputed | | | $74,483.88 |

Debtor    **Holland Services, LLC**_____    Case number (if known) _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6    Mack Financial Services PO Box 7247-0236 Philadelphia, PA 19170-0236 | | Trade Debt | Contingent Unliquidated Disputed | | | $72,668.47 |
| 7    Troy Jones 1203 S. Main Elk City, OK 73644 | | Trade Debt | Contingent Unliquidated Disputed | | | $48,855.00 |
| 8    Darr Equipment | | Trade Debt | Contingent Unliquidated Disputed | | | $40,762.95 |
| 9    Warren Cat | | Trade Debt | Contingent Unliquidated Disputed | | | $36,383.97 |
| 10   Ally Financial P.O. Box 9001951 Louisville, KY 40290-1951 | | Deficiency Balance | Contingent Unliquidated Disputed | | | $35,838.41 |
| 11   Galmor's/G&G Steam PO Box 2199 Elk City, OK 73648 | | Trade Debt | Contingent Unliquidated Disputed | | | $31,746.20 |
| 12   Stearns Bank Equipment Finance Division PO Box 750 Albany, MN 56307 | | Purchase Money | Contingent Unliquidated Disputed | $50,192.89 | $20,000.00 | $30,192.89 |
| 13   Indian Ink Leasing PO Box 9254 Amarillo, TX 79105 | | Deficiency Balance | Contingent Unliquidated Disputed | | | $24,585.91 |

Debtor   **Holland Services, LLC**_____   Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14  Indian Ink Leasing PO Box 9254 Amarillo, TX 79105 | | Deficiency Balance | Contingent Unliquidated Disputed | | | $23,663.17 |
| 15  Ally Bank | | Purchase Money | Contingent Unliquidated Disputed | $29,185.41 | $13,000.00 | $16,185.41 |
| 16  Volvo Financial Services PO Box 91300 Mobile, AL 36691-1300 | | Purchase Money | Contingent Unliquidated Disputed | $120,529.26 | $105,000.00 | $15,529.26 |
| 17  TD Auto Finance | | Purchase Money | Contingent Unliquidated Disputed | $48,326.54 | $35,000.00 | $13,326.54 |
| 18  CNH Capital | | Purchase Money | Contingent Unliquidated Disputed | $41,696.06 | $30,000.00 | $11,696.06 |
| 19  Indian Ink Leasing PO Box 9254 Amarillo, TX 79105 | | Deficiency Balance | Contingent Unliquidated Disputed | | | $11,228.93 |
| 20  Jules & Associates Inc 515 S. Figueroa Street, Suite 1900 Los Angeles, CA 90071 | | Trade Debt | Contingent Unliquidated Disputed | | | $9,073.86 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:  **Holland Services, LLC**                                                 CASE NO

                                                                                          CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/22/2016                                           Signature  /s/ Steven Todd Holland
                                                                               *Steven Todd Holland*
                                                                               *Owner*

Date _____        Signature _____

```
7-H Augus
714 W Oklahoma Street
PO Box 207
Wheller, TX 79096


A-1 Rig Water
10501 N HWY 30
Sweetwater, OK 73666



AEP
PO Box 24401
Canton, OH 44701-4401



Ally Bank




Ally Financial
P.O. Box 9001951
Louisville, KY 40290-1951



ASCO Rentals
PO Box 31210
Amarillo, TX 79120



Barber-Dyson Ford
PO Box 743
Elk City, OK 73648



Beckham County RDW #2
PO Box 973
Erick, OK 73645



Black Gold Consultants
3306 S HWY 6
Elk City, OK 73644
```

Blevins Water Service
PO Box 36
Sweetwater, OK 73666


Cannon Financial Services Inc
14904 Collection Center Drive
Chicago, IL 60693-0149


Cat Commercial Accounts
PO Box 905229
Charolette, NC 28290-5229


Caterpillar Financial Services
c/o Jerome Sepkowitz
4800 North Lincoln Blvd
Oklahoma City, OK 73105


Chase Automotive Finance
P.O. Bo 15700
Wilmington, DE 19886


Chase Banks
PO Box 901038
FT. Worth, TX 76101


CNH Capital


Cole Equipment
401 S Ash Street
Ada, OK 74820


Dan Jacobsma

Darr Equipment


Delta Plastics


Dobson Telephone Company
PO Box 268940
Oklahoma City, OK 73126-8940


Dolese
PO Box 960144
Oklahoma City, OK


Equipment World
18811 E Admiral Place
Catoosa, OK 74015-2857


Erick Flower Shop
PO Box 465
Erick, OK 73645


Ford Motor Credit
PO Box 542000
Omaha, NE 68154-8000


Galmor's/G&G Steam
PO Box 2199
Elk City, OK 73648


GE Capital

Great Plains National Bank
2017 W 3rd St
Elk City, OK 73644


H&H Tire
714 W Oklahoma Ave
Wheeler, TX 79096


Hyrdotex
8621JN 2150 RD
Butler, OK 73625-5037


Indian Ink Leasing
PO Box 9254
Amarillo, TX 79105


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Jules & Associates Inc
515 S. Figueroa Street, Suite 1900
Los Angeles, CA 90071


Komatsu Financial


Lee Office Machines
213 E Broadway Street
Altus, OK 73521


Lonestar West Enterprises
401 E 3Rd St Ste C
Elk City, Oklahoma 73644-4749

Mack Financial Services
PO Box 7247-0236
Philadelphia, PA 19170-0236


Miracle Productions
PO Box 850680
Yukon, OK 73085-0680


OCT Equipment
7100 SW 3rd St
Oklahoma City, OK 73128


Oklahoma Tax Commission
Legal Division
120 North Robinson, Ste. 2000
Oklahoma City, OK 73102-7471


Outlaw Oilfield Supply
PO Box 564
Erick, OK 73645


Red River Credit Union
2721 N Main Street
Altus, OK 73521


RNB Oil & Supply
15411 S CR 209
Blair, OK 73526


Sayre Welding Supply
202 N 4th St
Sayre, OK 73662


Stearns Bank Equipment Finance Division
PO Box 750
Albany, MN 56307

Synchrony Bank


TCF Equipment Finance


TD Auto Finance


Team Funding


Trout Disposal
PO Box 292
Hammon, OK 73650


Troy Jones
1203 S. Main
Elk City, OK 73644


Volvo Financial Services
PO Box 91300
Mobile, AL 36691-1300


Volvo Financial Services
PO Box 7247-0236
Philadelphia, PA 19170-0236


Warren Cat

```
Weldon Parts
1100 S Main
Elk City, OK 73644


Western Oklahoma Brine
12239 N 1680 RD
Erick, OK 73645
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:                                                    CHAPTER   **11**

**Holland Services, LLC**

DEBTOR(S)                                                CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Owner**_____ of the _____**Limited Liability Company**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**4/22/2016**_____        Signature:__**/s/ Steven Todd Holland**_____
                                                         *Steven Todd Holland*
                                                         **Owner**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re: **Holland Services, LLC**                    CASE NO

                                                    CHAPTER   **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                    **$1,642,856.25**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                          **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$400,000.00** |
| 4. Payroll Taxes: | **$96,000.00** |
| 5. Unemployment Taxes: | **$12,000.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$40,000.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$10,000.00** |
| 12. Office Expenses and Supplies: | **$4,000.00** |
| 13. Repairs and Maintenance: | **$20,000.00** |
| 14. Vehicle Expenses: | **$72,000.00** |
| 15. Travel and Entertainment: | **$10,000.00** |
| 16. Equipment Rental and Leases: | **$12,000.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$23,000.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21): | **$699,000.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):          **($699,000.00)**